```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03744
   SYLVIA P SEVILLA
   JOSE Q SEVILLA                           CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8050      SSN XXX-XX-8473
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 02/19/08 and confirmed on 05/02/08.

    2. The case was dismissed after confirmation, 10/24/2008.

    3. The Debtor paid a total of $   3920.00 .

    4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | 15205.97 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 10000.00 | .00 | 472.93 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 5252.75 | 125.92 | 348.42 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HOME SHOPPING CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| SALT CREEK THERAPY CENTE | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30458.72 | .00 | .00 | .00 | 30458.72 |
| PRINCIPAL PAID | 821.35 | .00 | .00 | .00 | 821.35 |
| INTEREST PAID | 125.92 | .00 | .00 | .00 | 125.92 |
| TOTAL PAID | 947.27 | .00 | .00 | .00 | 947.27 |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   3500.00
and was paid $   750.00 direct and $   2750.00 through the plan.

The Trustee received $    222.73 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE